```
WILLIAM DAVIS
1672 Trowville Lane
Hayward, California 94545
Telephone;(951) 444-1759

Plaintiff In Propria Persona
```



FILED
DEC 20 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE NORTHERN

DISTRICT OF CALIFORNIA - San Francisco Division

| | |
|---|---|
| WILLIAM DAVIS )<br>)<br>Plaintiff, )<br>     vs. )<br>)<br>)<br>)<br>AMERICAN EXPRESS COMPANY, )<br>)<br>DOES 1 - 25,et al )<br>)<br>Defendants )<br>_____ ) | Case No. 18-cv-06688-SI<br><br>**NOTICE OF DISMISSAL**<br><br>Fed.R.Civ.P.41(a)(1)A |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) A, Plaintiff DAVIS dismisses without prejudice the above-entitled action.

Defendant American Express Company, et al has been served with process, and has not filed an answer or motion for summary judgment. Plaintiff has not dismissed any other action based on or including the same claims as those in this action.

Respectfully submitted,

DATED: December 20, 2018

By:_____
William Davis
Plaintiff in Propria Persona

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CALIFORNIA

WILLIAM DAVIS,

        Plaintiff,

v.

AMERICAN EXPRESS
COMPANY, et al,

        Defendants,

**CERTIFICATE OF SERVICE**

Case No.: *18-cv-06688-SI*

I hereby certify that on December 20, 2018, I SERVED a true and correct copy of the following documents:

**PLAINTIFF DAVIS' DISMISSAL WITHOUT PREJUDICE**

by placing said copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, to the following:

*Victoria P. McLaughlin*
*Shoook, Hardy & Bacon, LLP*
*5 Park Plaza, Suite 1600*
*Irvine, CA 92614-2546*

December 20, 2018


Junee Cox